# Court of Appeals
# of the State of Georgia

ATLANTA,  October 04, 2018

*The Court of Appeals hereby passes the following order:*

### A19A0353.  PATRICIA DIANE PRICE PARRIS et al. v. GWINNETT COUNTY PROBATE COURT.

Patricia Diane Price Parris and Darrell G. Price filed an original mandamus petition in this Court, seeking an order compelling the probate court to forward their notice of appeal to this Court.[1]

"Generally, the superior courts of this state have the power, in proper cases, to issue process in the nature of mandamus, prohibition, specific performance, quo warranto, and injunction, and hence the need to resort to the appellate courts for such relief by petition filed in the appellate courts will be extremely rare." *Brown v. Johnson*, 251 Ga. 436, 436 (306 SE2d 655) (1983).  However, this is not one of the extremely rare instances in which this Court need exercise its original mandamus jurisdiction. See *Gay v. Owens*, 292 Ga. 480, 482- 483 (2) (738 SE2d 614) (2013). See also Ga. Const. of 1983, Art. VI, Sec. I, Par. IV.  Until such time as the petitioners have pursued relief in superior court and obtained a ruling thereon, there is no basis for this Court to exercise jurisdiction.  See *Brown*, supra. Accordingly, the petition for writ of mandamus is hereby DISMISSED.

---

[1] This case has previously been before this Court on several occasions.  See Case No. A13A1517 (decided November 13, 2013); Case No. A16A1766 (dismissed June 3, 2016); Case No. A17A0541 (dismissed November 4, 2016); Case No. A17A1215 (dismissed March 8, 2017).



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*__*10/04/2018*__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*